AO 10
Rev. 1/2017

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2016

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| KUGLER, ROBERT B. | United States District Court - District of New Jersey | 04/25/2017 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| United States District Judge - Active | ☐ Nomination   Date<br>☐ Initial   ☑ Annual   ☐ Final<br>5b. ☐ Amended Report | 01/01/2016<br>to<br>12/31/2016 |

**7. Chambers or Office Address**

Mitchell Cohen U.S. Courthouse
One John F. Gerry Plaza
Camden, New Jersey 08101

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Trustee | Trustee #1 |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
| --- | --- |
| KUGLER, ROBERT B. | 04/25/2017 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑  NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
| --- | --- | --- | --- |
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑  NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
| --- | --- | --- | --- |
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| KUGLER, ROBERT B. | 04/25/2017 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Wells Fargo Bank | A | Interest | J | T | | | | | |
| 2. Franklin Templeton Mutual Qualified Fund | A | Dividend | J | T | | | | | |
| 3. Trust (Income Beneficiary) | B | Dividend | M | T | | | | | |
| 4. Partnership, Coins | | None | J | T | | | | | |
| 5. TD Bank | A | Interest | J | T | | | | | |
| 6. AIG Sun America | A | Interest | J | T | | | | | |
| 7. Trust (Trustee) - #8 - #103 are assets of the Trust | | | | | | | | | |
| 8. - Wells Fargo | A | Interest | K | T | | | | | |
| 9. - Vanguard Bond Fund | D | Dividend | L | T | | | | | |
| 10. - Vanguard NJ Tax Exempt | A | Dividend | K | T | | | | | |
| 11. - Vanguard Dividend Growth | D | Dividend | M | T | | | | | |
| 12. - Vanguard 500 Index | D | Dividend | M | T | | | | | |
| 13. - Ambev SA ADR | A | Dividend | J | T | | | | | |
| 14. - Bel Fuse, Inc. | A | Dividend | J | T | | | | | |
| 15. - Biogen Inc. | A | Dividend | J | T | Buy | 04/22/16 | | | |
| 16. - Ardmore Shipping Corp. | A | Dividend | J | T | Buy | 02/11/16 | | | |
| 17. - Ardmore Shipping Corp. | | | | | Sold | 04/01/16 | J | B | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| KUGLER, ROBERT B. | 04/25/2017 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. - Blue Capital Reinsurance | A | Dividend | J | T | Sold | 02/11/16 | J | A | |
| 19. - Capital Product Partners | A | Dividend | J | T | Sold | 02/10/16 | J | A | |
| 20. - Calamos Asset Mgmt. Inc. | A | Dividend | J | T | | | | | |
| 21. - Ceco Environmental Corp. | A | Dividend | J | T | | | | | |
| 22. - Codorus Valley Bancorp | A | Dividend | J | T | | | | | |
| 23. - Commercial National Finl Corp. | A | Dividend | J | T | | | | | |
| 24. - CF Industries Holdings | A | Dividend | J | T | Buy | 09/02/16 | | | |
| 25. - Civista Bancshares Inc. | A | Dividend | J | T | Buy | 04/26/16 | | | |
| 26. - Croghan Bancshares Inc. | A | Dividend | K | T | | | | | |
| 27. - Computer Progs & Sys Inc. | A | Dividend | J | T | Buy | 05/27/16 | | | |
| 28. - Computer Progs & Sys Inc. | | | | | Sold | 09/26/16 | J | A | |
| 29. - Crown Media Holdings | A | Dividend | | | Sold | 06/27/16 | J | B | |
| 30. - Delta Natural Gas Company Co. | A | Dividend | J | T | | | | | |
| 31. - Eastern Virginia Bank | A | Dividend | J | T | Sold | 02/11/16 | J | B | |
| 32. - Exchange Bank Santa Rosa | A | Dividend | J | T | | | | | |
| 33. - First Community Bancshares | A | Dividend | J | T | Sold | 02/11/16 | J | A | |
| 34. - F & M Bank Corp. | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| KUGLER, ROBERT B. | 04/25/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. - German American Bancorp Inc. | A | Dividend | J | T | Buy | 05/20/16 | | | |
| 36. - German American Bancorp Inc. | | | | | Sold | 06/15/16 | J | A | |
| 37. - First Bancshares Inc. | A | Dividend | J | T | Sold | 02/11/16 | J | A | |
| 38. - First Community Bancshares Inc. | A | Dividend | J | T | Sold | 02/11/16 | J | A | |
| 39. - Glaxo Smith Kline PLC | A | Dividend | J | T | Buy | 06/02/16 | | | |
| 40. - Horace Mann Educators | A | Dividend | J | T | | | | | |
| 41. - Investors Real Estate Trust | A | Dividend | J | T | Buy | 04/17/16 | | | |
| 42. - Investors Real Estate Trust | | | | | Sold | 05/06/16 | J | A | |
| 43. - Ingredion Inc. | A | Dividend | J | T | | | | | |
| 44. - Iowa First Bancshares | A | Dividend | J | T | Sold | 02/01/16 | J | B | |
| 45. - Laclede Group Inc. | A | Dividend | J | T | | | | | |
| 46. - Logansport Financial Group | A | Dividend | J | T | Sold | 02/10/16 | J | C | |
| 47. - Lilly & Co. | A | Dividend | J | T | Buy | 06/09/16 | | | |
| 48. - Mackinac Financial Corp. | A | Dividend | J | T | | | | | |
| 49. - Magal Security System | A | Dividend | J | T | Sold | 11/02/16 | J | A | |
| 50. - Manning & Napier Inc. | A | Dividend | J | T | | | | | |
| 51. - MDV Resources Group | A | Dividend | J | T | Sold | 11/02/16 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| KUGLER, ROBERT B. | 04/25/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. - MDC Holdings | A | Dividend | J | T | Buy | 08/09/16 | | | |
| 53. - MDC Holdings | | | | | Sold | 11/02/16 | J | A | |
| 54. - Mid Penn Bancorp | A | Dividend | J | T | Sold | 06/15/16 | J | B | |
| 55. - Molina Healthcare Inc. | A | Dividend | J | T | Sold | 06/09/16 | J | B | |
| 56. - Monarch Financial Holdings | A | Dividend | J | T | Sold | 06/15/16 | J | C | |
| 57. - New Jersey Res Corp. | A | Dividend | K | T | | | | | |
| 58. - Nordic American Tanker | A | Dividend | J | T | Sold | 06/09/16 | J | B | |
| 59. - Northway Financial Inc. | A | Dividend | J | T | | | | | |
| 60. - Northwest Natural Gas Co., Inc. | A | Dividend | J | T | | | | | |
| 61. - NGL Energy Partners LP | A | Dividend | J | T | Sold | 02/16/16 | | | |
| 62. - New Home Co., Inc. | A | Dividend | J | T | Buy | 03/04/16 | | | |
| 63. - One Liberty Properties | A | Dividend | J | T | Buy | 04/12/16 | | | |
| 64. - Otter Tail Corp. | A | Dividend | J | T | | | | | |
| 65. - Pembina Pipeline Corp. | A | Dividend | J | T | | | | | |
| 66. - Pinnacle Bancshares Inc. | A | Dividend | J | T | | | | | |
| 67. - Lannett Co. | A | Dividend | J | T | Buy | 09/29/16 | | | |
| 68. - Powersecure Intl Inc. | A | Dividend | J | T | Sold | 05/09/16 | J | B | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| KUGLER, ROBERT B. | 04/25/2017 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69.  - Questor Corp. | A | Dividend | J | T | Sold | 09/19/16 | J | B | |
| 70.  - River Valley Bancorp | A | Dividend | J | T | Sold | 03/03/16 | J | C | |
| 71.  - Royal Dutch Shell | C | Dividend | K | T | | | | | |
| 72.  - Scana Corp. | A | Dividend | J | T | | | | | |
| 73.  - Securty Federal Corp. | A | Dividend | J | T | Sold | 02/11/16 | J | C | |
| 74.  - Spectra Energy Corp. | A | Dividend | J | T | | | | | |
| 75.  - Spire Inc. | A | Dividend | J | T | Buy | 02/21/16 | | | |
| 76.  - Southern Michigan Bancorp | A | Dividend | J | T | Sold | 02/11/16 | J | B | |
| 77.  - Summit State Bank | A | Dividend | J | T | Sold | 02/10/16 | J | C | |
| 78.  - Teva Pharm Industries Ltd ADR | A | Dividend | J | T | Buy | 12/09/16 | | | |
| 79.  - Third Point Reinsurance | A | Dividend | J | T | Buy | 12/09/16 | | | |
| 80.  - Unilever PLC ADR | A | Dividend | J | T | Buy | 12/14/16 | | | |
| 81.  - Spartan Nash Co. | A | Dividend | J | T | Buy | 04/12/16 | | | |
| 82.  - Spartan Nash Co. | | | | | Sold | 06/09/16 | J | A | |
| 83.  - Universal Health Realty Income | A | Dividend | J | T | Sold | 11/02/16 | J | A | |
| 84.  - Veolia Environmental ADR | A | Dividend | J | T | | | | | |
| 85.  - Vodafone Group PLC ADR | A | Dividend | J | T | Buy | 08/03/16 | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. - VSE Corp. | A | Dividend | J | T | Buy | 04/12/16 | | | |
| 87. - WEC Energy Group | A | Dividend | J | T | | | | | |
| 88. - WGL Holdings Inc. | A | Dividend | K | T | | | | | |
| 89. - Winnebago Industries | A | Dividend | J | T | Sold | 01/22/16 | J | A | |
| 90. - Ciner Resources | A | Dividend | J | T | | | | | |
| 91. - Calumet Specialty Prod. | A | Dividend | J | T | Sold | 12/06/16 | J | A | |
| 92. - Ferrellgas Partners LP | A | Dividend | J | T | Sold | 09/27/16 | J | A | |
| 93. - Cone Midstream Partners | A | Dividend | J | T | Sold | 05/06/16 | J | B | |
| 94. - NCL Energy Partners LP | A | Dividend | J | T | Sold | 02/10/16 | J | A | |
| 95. - PBF Logistics | A | Dividend | J | T | Buy | 09/26/16 | | | |
| 96. - Crestwood Equity Partners | A | Dividend | J | T | Buy | 04/29/16 | | | |
| 97. - Delex Logistics Partners | A | Dividend | J | T | Buy | 09/08/16 | | | |
| 98. - Delex Logistics Partners | | | | | Sold | 11/07/16 | J | A | |
| 99. - Gran Tierra Energy Inc. | A | Dividend | J | T | Buy | 09/29/16 | | | |
| 100. - Pike Corp. | A | Dividend | J | T | Sold | 04/29/16 | J | A | |
| 101. - Medical Properties Trust | A | Dividend | J | T | | | | | |
| 102. - Katahdin Bankshares | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. - Mortgage NJ Property | A | Interest | N | T | | | | | |
| 104. U.S. Savings Bonds | A | Interest | K | T | | | | | |
| 105. TD Bank | A | Interest | J | T | | | | | |
| 106. T Rowe Price Alaska 529 (no control) | C | Dividend | M | T | | | | | |
| 107. Pioneer Stock Fund | A | Dividend | L | T | | | | | |
| 108. Manning & Napier | A | Dividend | J | T | Sold | 06/24/16 | J | A | |
| 109. Security Federal Corp. | A | Dividend | J | T | Sold | 06/24/16 | J | A | |
| 110. Winthrop Realty Trust | A | Dividend | J | T | | | | | |
| 111. Ballston Spa National Bank | A | Dividend | J | T | | | | | |
| 112. Sturgis Bancorp | A | Dividend | J | T | | | | | |
| 113. CBT Financial Corp. | A | Dividend | J | T | | | | | |
| 114. Exelon Corp. | A | Dividend | J | T | | | | | |
| 115. Armada Hoffler Properties | A | Dividend | J | T | Sold | 02/10/16 | J | A | |
| 116. Croghan Bancshares Inc. | A | Dividend | J | T | | | | | |
| 117. CAE Inc. | A | Dividend | J | T | | | | | |
| 118. CECO Environmental | A | Dividend | J | T | Sold | 11/02/16 | J | A | |
| 119. Magic Software | A | Dividend | J | T | Sold | 06/08/16 | J | A | |

| | | | | | |
| --- | --- | --- | --- | --- | --- |
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| KUGLER, ROBERT B. | 04/25/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120. Katahdin Bankshares Corp. | A | Dividend | J | T | | | | | |
| 121. Blue Capital Reinsurance | A | Dividend | J | T | Sold | 02/11/16 | J | A | |
| 122. Northway Financial | A | Dividend | J | T | Sold | 03/15/16 | J | A | |
| 123. Medical PPTYS TR Inc. | A | Dividend | J | T | Sold | 06/08/16 | J | B | |
| 124. Exchange Bank Santa Rosa | A | Dividend | J | T | | | | | |
| 125. Investors Real Estate | A | Dividend | J | T | Sold | 04/27/16 | J | A | |
| 126. Ferrellgas Partners | A | Dividend | J | T | | | | | |
| 127. Croghan Bancshares | A | Dividend | J | T | | | | | |
| 128. Delek Logistics | A | Dividend | J | T | Buy | 09/02/16 | | | |
| 129. Delek Logistics | | | | | Sold | 11/02/16 | J | A | |
| 130. PBF Logistics | A | Dividend | J | T | Sold | 12/29/16 | J | A | |
| 131. American Science & Engineering | A | Dividend | J | T | Buy | 01/22/16 | | | |
| 132. American Science & Engineering | | | | | Sold | 08/19/16 | J | A | |
| 133. AV Homes Inc. | A | Dividend | J | T | Buy | 03/29/16 | | | |
| 134. AV Homes Inc. | | | | | Sold | 09/20/16 | J | B | |
| 135. Centerpoint Energy, Inc. | A | Dividend | J | T | Buy | 01/18/16 | | | |
| 136. Centerpoint Energy, Inc. | | | | | Sold | 11/02/16 | J | B | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| KUGLER, ROBERT B. | 04/25/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 137. Computer Programs & Systems Inc. | A | Dividend | J | T | Buy | 06/24/16 | | | |
| 138. Computer Programs & Systems Inc. | | | | | Sold | 09/20/16 | J | A | |
| 139. Core Energy Infrastructure | A | Dividend | J | T | Buy | 01/28/16 | | | |
| 140. Core Energy Infrastructure | | | | | Sold | 02/09/16 | J | A | |
| 141. Johnson Outdoors Inc. | A | Dividend | J | T | Buy | 03/17/16 | | | |
| 142. Johnson Outdoors Inc. | | | | | Sold | 06/09/16 | J | A | |
| 143. MDC Holdings Inc. | A | Dividend | J | T | Buy | 08/08/16 | | | |
| 144. MDC Holdings Inc. | | | | | Sold | 11/02/16 | J | A | |
| 145. Mallinckrodt PLC | A | Dividend | J | T | Buy | 03/01/16 | | | |
| 146. Mallinckrodt PLC | | | | | Sold | 03/16/16 | J | A | |
| 147. Olin Corp. | A | Dividend | J | T | Buy | 02/14/16 | | | |
| 148. Olin Corp. | | | | | Sold | 05/06/16 | J | A | |
| 149. Vaneck Vectors ETF | A | Dividend | J | T | Buy | 03/11/16 | | | |
| 150. Vaneck Vectors ETF | | | | | Sold | 09/29/16 | J | B | |
| 151. Vectrus, Inc. | A | Dividend | J | T | Buy | 05/12/16 | | | |
| 152. Vectrus, Inc. | | | | | Sold | 06/22/16 | J | A | |
| 153. Sucampo Pharm | A | Dividend | J | T | Buy | 05/04/16 | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| KUGLER, ROBERT B. | 04/25/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 154. Sucampo Pharm | | | | | Sold | 05/06/16 | J | A | |
| 155. Western Refining Logistics | A | Dividend | J | T | Buy | 01/29/16 | | | |
| 156. Western Refining Logistics | | | | | Sold | 02/09/16 | J | A | |
| 157. Codorus Valley Bancorp | A | Dividend | J | T | Buy | 02/06/16 | | | |
| 158. Codorus Valley Bancorp | | | | | Sold | 06/22/16 | J | A | |
| 159. Franklin Financial Services | A | Dividend | J | T | Buy | 01/14/16 | | | |
| 160. Franklin Financial Services | | | | | Sold | 02/10/16 | J | A | |
| 161. German American Bancorp | A | Dividend | J | T | Buy | 01/14/16 | | | |
| 162. German American Bancorp | | | | | Sold | 06/14/16 | J | A | |
| 163. Veolia Environmental | A | Dividend | J | T | Buy | 01/03/16 | | | |
| 164. Veolia Environmental | | | | | Sold | 02/10/16 | J | A | |
| 165. Glaxo Smith Kline ADR | A | Dividend | J | T | Buy | 06/14/16 | | | |
| 166. One Liberty PPTYS Inc. | A | Dividend | J | T | Buy | 02/07/16 | | | |
| 167. VSE Corp. | A | Dividend | J | T | Buy | 04/10/16 | | | |
| 168. Lilly & Co. | A | Dividend | J | T | Buy | 06/09/16 | | | |
| 169. Real Estate (Collier County, FL) Parcel One | | None | O | T | | | | | |
| 170. Real Estate (Atlantic County, NJ) Parcel One | | None | O | S | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 171. Real Estate (Atlantic County, NJ) Parcel 2 | | None | N | S | | | | | |
| 172. Real Estate (Camden County, NJ) Parcel 1 | | None | O | S | | | | | |
| 173. Real Estate (Camden County, NJ) Parcel 2 | D | Rent | M | S | | | | | |
| 174. Real Estate (Camden County, NJ) Parcel 3 | D | Rent | N | S | | | | | |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Part VII, Paragraph 4, the partnership is with a family member and is invested in gold coins..

The Assessment in Part VII, paragraphs 169 - 174, are as follows:

Collier County Parcel 1:  $475,162
Atlantic County Parcel 1: $522,300
Atlantic County Parcel 2: $309,900
Camden County Parcel 1: $750,000
Camden County Parcel 2: $187,400
Camden County Parcel 3: $760,000

Part VII, paragraph 103 is a purchase money mortgage given to the Trust to secure a loan made by the Trust.

Part VII, paragraphs 104, 106, 107, 170, 171, 172, 173 and 174 are owned entirely by ▮▮▮▮▮

As to Part VII, Paragraph 3, I am an income beneficiary of a Trust established by a deceased relative. I have only a contingent interest on the corpus. I have no power to direct, buy, sell, or otherwise dispose of the assets. As of 12/31/15, the Trust was invested in the following funds and securities: Aberdeen Global High Income Fund; American Century Tax-Free Bond Fund; J.P. Morgan High Yield Fund; Nurveen Limited Term Municipal Bond Fund; T. Rowe Price Institutional Float Rate Fund; Vanguard Intermediate Term Tax-Exempt Fund; Fidelity Advisors Emerging Markets Income Fund; Pimco Emerging Local Bond Fund; Pimco Foreign Bond Fund; Comcast Corp; Las Vegas Sands Corp.; Target Corp; TJX Companies; Walt Disney Co.; Exxon Mobil Corp.; Ameriprise Financial Inc.; Bershire Hathaway, Inc.; Blackrock Inc.; Citigroup Inc.; CME Group; J.P. Morgan Chase & Co.; PNC Financial Services Group; Gilead Sciences Inc.; Merck & Co.; Cummins, Inc.; General Electric Co.; Union Pacific Corp.; Alphabet, Inc.;Apple Inc.; Cisco Systems Inc.; Microsoft Corp.; Celanese Corp.; Monsanto Co.; Verizon Communications; Public Service Enterprise Group, Inc.; Easton Corp.; Manulife Financial Corp.; Roche Holdings Ltd.; Schlumberger Ltd.; Suncor Energy Inc.; Total S.A.; IShares russell 2000; Touchstone Mid Cap Fund; Victory Munder Mid Cap Core Growth; Artisan International Fund; Harbor International Fund; IShares MSCI Emerging Markets; AQR Managed Futures Strategy Fund; ASG Global Alternatives Fund; Blackrock Global Long/Short Credit Fund; Eaton Vance Global Macro Absolute Return Fund; Neuberger Berman Long Short Fund; The Merger Fund; Credit Suisse Commodity Return Strategy Fund; Voya Real Estate Fund.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ ROBERT B. KUGLER**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544